MOTION GRANTED for date and time requested.

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:15-00174 |
| v. | ) | KEVIN H. SHARP |
| | ) | U.S. District Court Chief Judge |
| MICHAEL DAVID FENTON | ) | |

## UNOPPOSED MOTION TO RESCHEDULE REVOCATION HEARING

Comes Mr. Fenton, through undersigned counsel, and moves this Honorable Court to reschedule the hearing which is presently set for March 20, 2017, at 10:30 AM. An unopposed motion is made to reschedule the hearing for March 27, at 2:30 PM. For cause, it is avered that Mr. Fenton is finalizing his housing situation.

This motion is unopposed by Assistant United States Attorney Henry Leventis, who has authorized undersigned counsel to state that he joins in this motion.

Respectfully submitted,

/s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Michael David Fenton